UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 11/2016)

In re:

**Emily Marie Munoz**,                       Case No. **16–09671–JMC–7A**
      Debtor.

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

    Trustee's Amended Motion to Sell Property Free and Clear of Liens under 11 U.S.C. Sec. 363(f) (private sale with specific buyer identified) and Response of Wells Fargo Bank

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date: May 10, 2017
    Time: 02:00 PM EDT
    Place: Rm. 325 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: April 19, 2017                               Kevin P. Dempsey
                                                         Clerk, U.S. Bankruptcy Court