UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-09671-JMC-7A |
| EMILY MARIE MUNOZ ) | |
| DEBTOR. ) | |

### AGREED ENTRY RESOLVING DOCS #63 AND #66

Come now Trustee Gregory K. Silver, by counsel and Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel and for this Agreed Entry, state:

1. Debtor, Emily Marie Munoz filed Chapter 7 herein on December 29, 2016 where Gregory K. Silver is trustee.

2. Among the assets is real estate at 11403 High Timber Drive, Indianapolis, Indiana encumbered by a mortgage of Wells Fargo.

3. Trustee filed his Motion for Authority to Sell Real Estate Pursuant to Private Sale Free and Clear of Liens (Doc #63) and Wells Fargo filed a Response to Motion to Sell (Doc #66) in which it objected to the Trustee's Motion; no other party objected to the Motion to Sell.

4. The parties have now negotiated an agreement to sell, subject to the approval of the Court, and per contract and the Addendum attached.

5. The Purchase is modified as follows:

- Sale price: $104,000 per Contract and Addendum as shown on attached "Combined Final Closing Statement".

- The contracted buyer's premium of $7,000 in the original Purchase Agreement attached to the Motion to Sell and subsequently modified in Addendum to the Purchase Agreement, is approved providing a separate payment at closing of $3,500 (including $500 each off the 3 real estate

commissions due from the sale plus buyer's $2,000) for payment of $1,750 trustee fee and $1,750 to Hester Baker Krebs LLC attorneys, and are not sales proceeds nor other funds of any kind due to Wells Fargo but additional transactional fees due per the said Purchase Agreement as modified by the Addendum attached and is acknowledged by this Agreed Entry.

6. The parties believe this to be in the best interest of the estate.

WHEREFORE, Gregory K. Silver, Trustee and Wells Fargo, each by counsel, enter into this Agreed Entry to resolve all matters.

        Respectfully submitted,
        HESTER BAKER KREBS LLC
        Counsel for Trustee
        By: */s/ Christopher E. Baker*
            Christopher E. Baker
            HESTER BAKER KREBS LLC
            Regions Tower / Suite 1600
            One Indiana Square
            Indianapolis, IN  46204
            Tel: (317) 608-1123; Fax: (317) 833-3031
            Email: CBaker@hbkfirm.com

MANLEY DEAS KOCHALSKI LLC
Counsel for Wells Fargo Bank, N.A.

By: */s/Edward H. Cahill*
        Edward H. Cahill
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  46216-5028
        Tel: 614-220-5611; Fax: 614-627-8181

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electroic filing system. Parties may access this filing through the Court's system.

**Edward C. Cahill** ehc@manleydeas.com
**Anthony David Shull**   inn@geracilaw.com
**Gregory K. Silver**   trusteegksilver@yahoo.com, dawehner@yahoo.com;gks@trustesolutions.net;GKS@trustesolutions.net
**U.S. Trustee**   ustpregion10.in.ecf@usdoj.gov

*/s/ Christopher E. Baker*
Christopher E. Baker



**Linear Settlement Services, LLC**
127 John Clarke Road, First Floor
Middletown, RI 02842
(401) 841-9991

**COMBINED FINAL CLOSING STATEMENT**

| File Number: | BKG-650744-REO |
|---|---|
| Loan Amount: | $.00 |
| Sales Price: | $104,000.00 |
| Close Date: | 12/29/2017 |
| Disbursement Date: | |

| Type: | Purchase |
|---|---|
| Property: | 11403 HIGH TIMBER DRIVE<br>INDIANAPOLIS, IN 46235 (MARION) |
| Buyer(s): | JENNIFER BARKER<br>9111 Allisonville Road<br>Indianapolis, IN 46250 |
| Seller(s): | GREGORY K. SILVER, BK TRUSTEE FOR THE ESTATE OF EMILY MARIE MUNOZ<br>445 N. Pennsylvania Street #810<br>Indianapolis, IN 46204 |

| Description | Buyer Debit | Buyer Credit | Seller Debit | Seller Credit |
|---|---|---|---|---|
| **Deposits, Credits, Debits** | | | | |
| Contract sales price | $104,000.00 | | | $104,000.00 |
| Deposit or Earnest Money | | $970.00 | | |
| Earnest money retained by | | | | |
| Disbursed as proceeds ($970.00) | | | | |
| **Prorations** | | | | |
| County taxes 1/1/2017 to 12/29/2017 @ $1,284.70/Year | | $1,095.00 | $1,095.00 | |
| **Payoffs** | | | | |
| 1st Lien Payoff to WELLS FARGO | | | $92,592.06 | |
| City Judgement to City of Lawrence | | | $443.01 | |
| **Commissions** | | | | |
| Commission paid at Settlement | | | $6,240.00 | |
| $2,080.00 to Lord Real Estate Group | | | | |
| $2,080.00 to William Evans | | | | |
| $2,080.00 to BK Global, Inc. | | | | |
| **Title Charges** | | | | |
| Owner's coverage $104,000.00 Premium $330.00 to Linear Settlement Services, LLC | | | $350.00 | |
| Settlement or closing fee to Linear Settlement Services, LLC   $595.00 | $595.00 | | $550.00 | |
| Search Fee to Linear Settlement Services, LLC | | | $350.00 | |
| TIEFF to First American Title Insurance Company | | | $5.00 | |
| Closing Protection Letter Fee to First American Title Insurance Company | $25.00 | | | |
| Closing Protection Letter Fee to First American Title Insurance Company | | | $25.00 | |
| Municipal Lien Search Fee to Linear Settlement Services, LLC | | | $150.00 | |
| **Recording Fees** | | | | |
| Recording fees: Deed $60.00 | $60.00 | | | |
| **Additional Charges** | | | | |
| BK Estate Fee $500 paid by BK Global | | | | |
| BK Estate Fee to Gregory K. Silver, Trustee | $2,000.00 | | | |
| BK Estate Fee $500 paid by buyer's agent | | | | |
| BK Estate Fee $500 paid by listing agent | | | | |
| HOA: Assessment Letter/Assoc. Docs | | | $475.00 | |
| HOA: Lien Amount | | | $974.71 | |
| HOA: Quarterly Assessment (7/1 & 10/1/2017) | $160.00 | | | |
| BK Global Fees to BK Global, Inc. | | | $775.22 | |
| Additional County Taxes to Marion County Treasurer | $179.14 | | | |
| **Totals** | $107,019.14 | $2,065.00 | $104,000.00 | $104,000.00 |

Balance Due FROM Buyer:  $104,954.14     Balance Due FROM Seller:  $0.00

**APPROVED AND ACCEPTED**

BUYER(S)                                                  SELLER(S)

_____      _____
JENNIFER BARKER                             GREGORY K. SILVER, BK TRUSTEE FOR THE ESTATE OF EMILY MARIE MUNOZ

SETTLEMENT COORDINATOR  *[signature]*
_____
John Nathan Chandler

DocuSign Envelope ID: 24FFF35B-7753-4345-8DC9-430D8D9F288A  Addendum

**COUNTER OFFER #** ___2___

1  __11:00__  [X] A.M. [ ] P.M. __October 6, 2017__

3  The undersigned makes the following Counter Offer to the Purchase Agreement dated __August 30, 2017__
4  concerning property commonly known as __11403 High Timber Dr__
5  in __Lawrence__ Township, __Marion__ County, __Indianapolis__
6  Indiana between: __Estate of Emily Munoz__ as Seller(s)
7  and __Jennifer Barker__ as Buyer(s).
8  __Purchase Price to be $104,000.00 required premium reduced to $2000.00__

25  Note: Seller and Buyer have the right to withdraw any offer/counter offer prior to written acceptance and delivery of such
26  offer/counter offer.
27  All other terms and conditions of the Purchase Agreement and all previous Counter Offers shall remain in effect except
28  as modified by this Counter Offer.

30  This Counter Offer # __2__ is void if not accepted in writing on or before __5:00__ [ ] A.M. [X] P.M. [ ] Noon
31  on __October 13__, 2017.

33  This Agreement may be executed simultaneously or in two or more counterparts, each of which shall be deemed an original, but
34  all of which together shall constitute one and the same instrument. The parties agree that this Agreement may be transmitted
35  between them by facsimile machine. The parties intend that faxed signatures constitute original signatures and are binding on the
36  parties. The original document shall be promptly delivered, if requested.

38  _Jennifer Barker_    __10/06/2017__
39  [ ] SELLER [X] BUYER SIGNATURE    DATE       [ ] SELLER [ ] BUYER SIGNATURE    DATE

41  __Jennifer Barker__
42  PRINTED                                       PRINTED

**RESPONSE TO COUNTER OFFER #** ___2___

45  The above Counter Offer # __2__ is [ ] Accepted [X] Countered [ ] Rejected at _9_ [X] A.M. [ ] P.M. [ ] Noon
46  on __Oct 13, 2017__. Receipt of a signed copy of this Counter Offer is acknowledged.

48  _Gregory K Silver Trustee in Bkcy_    __10-12-17__
49  [X] SELLER [ ] BUYER SIGNATURE    DATE       [ ] SELLER [ ] BUYER SIGNATURE    DATE

51  _Gregory K. Silver Trustee in Bankruptcy_
52  PRINTED                                       PRINTED

Prepared and provided as a member service by the Indiana Association of REALTORS®, Inc. (IAR). This form is
restricted to use by members of IAR. This is a legally binding contract, if not understood seek legal advice.
Form #16A. Copyright IAR 2017

Phone: 949-649-3030   Fax: 317.577.5486   William Evans                                11403 High Timber

10/12/17
9PM → ① Real Estate Brokers & all fees Cond Commissions Addendum Provision $1500 add
     → ② Sale "as is" subject to no warranty Counter responded by 10/13/17
        accepted: [signature] 10/12/17